USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
 
CAPITAL ONE FINANCIAL,
CORPORATION AND CAPITAL ONE
INVESTING, LLC,

       Plaintiffs,

  -against-

JAN HUMMER, et al.,

       Defendants.
------------------------------------------------------X

19-cv-11582 (VSB)

**OPINION & ORDER**

VERNON S. BRODERICK, United States District Judge:

  On March 18, 2020, I held a hearing and oral argument on Defendant Jan Hummer's motion to dismiss the action, and Plaintiffs' motion for a Preliminary Injunction. For the reasons stated on the record, it is hereby

  ORDERED that Defendant Hummer's motion to dismiss is DENIED;

  IT IS FURTHER ORDERED that Plaintiffs' Cross Motion for a Preliminary Injunction is GRANTED;

  IT IS FURTHER ORDERED that: (1) FINRA is preliminarily enjoined from administering arbitration of this dispute against Capital One Investing LLC; and (2) Defendant Hummer is preliminarily enjoined from pursuing her claims against Capital One Investing LLC in FINRA arbitration.

  The Clerk of Court is respectfully directed to close the motions at Documents 13 and 22.

SO ORDERED.

Dated: March 18, 2020
   New York, New York

                  _____
                  Vernon S. Broderick
                  United States District Judge