UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL ONE FINANCIAL CORPORATION AND CAPITAL ONE INVESTING, LLC,

           *Plaintiffs*,

    v.

JAN HUMMER, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., FINRA REGULATION, INC. F/K/A FINRA DISPUTE RESOLUTION, INC.,

           *Defendants*.

Case 1:19-cv-11582-VSB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2020

## ORDER

VERNON S. BRODERICK, United States District Judge:

ORDERED that Plaintiffs are GRANTED the Permanent Injunction requested in the Amended Complaint [Doc. 2].

IT IS FURTHER ORDERED that Defendant Jan Hummer ("Hummer") is permanently enjoined from pursuing her claims and causes of action against Plaintiffs in the arbitration captioned as, *Jan Hummer v. Capital One Investing, LLC*, FINRA Case No. 19-02199 (the "FINRA Arbitration").

IT IS FURTHER ORDERED that Hummer is permanently enjoined from asserting any other claims or causes of action as against Plaintiffs arising out of or in connection with those asserted in the FINRA Arbitration before the Defendants Financial Industry Regulatory Authority, Inc. and FINRA Regulation Inc. F/K/A FINRA Dispute Resolution, Inc.

IT IS FURTHER ORDERED that to the extent the Parties comply with this Order, the Parties shall bear their own fees and costs associated with this Action and the FINRA Arbitration.

This Action is hereby dismissed in its entirety and without prejudice.

The Clerk of Court is respectfully directed to close this case.

*SO ORDERED*

Date: June 9, 2020

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

**ON CONSENT AND STIPULATION OF THE PARTIES**

Dated: May 18, 2020

| | |
|---|---|
| */s/ Stephen J. Steinlight* | */s/ Steven B. Caruso* |
| Stephen J. Steinlight, Esq. (#4058335) | Steven B. Caruso, Esq. (#1701598) |
| Troutman Sanders LLP | Maddox Hargett & Caruso, P.C. |
| 875 Third Avenue | 80 Broad Street, 5th Floor |
| New York, NY 10022 | New York, NY 10004 |
| Telephone: (212) 704-6000 | Telephone: (212) 837-7908 |
| Facsimile: (212) 704-6288 | Facsimile: (212) 837-7998 |
| Email: stephen.steinlight@troutman.com | Email: scaruso@aol.com |
| | |
| Jon S. Hubbard, Esq. (admitted *pro hac vice*) | Thomas K. Caldwell (admitted *pro hac vice*) |
| Troutman Sanders LLP | Mark E. Maddox (admitted *pro hac vice*) |
| 1001 Haxall Point | Maddox Hargett & Caruso, P.C. |
| Richmond, VA 23219 | 10150 Lantern Road, Suite 175 |
| Telephone: (804) 697-1200 | Fishers, IN 46037 |
| Facsimile: (804) 697-1339 | Telephone: (212) 598-2040 |
| Email: jon.hubbard@troutman.com | Facsimile: |
| ***Attorneys for Plaintiffs*** | Email: tkcaldwell@mhclaw.com |
| ***Capital One Financial Corporation*** | Email: mmaddox@mhclaw.com |
| ***and Capital One Investing LLC*** | ***Attorneys for Defendant Jan Hummer*** |

2